IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WHITE CONSTRUCTION COMPANY INC.,

    Plaintiff,

v.                                                    CASE NO. 1:04-cv-00072-MP-AK

LEVY COUNTY,

    Defendant.

_____/

### **O R D E R**

A telephone status conference was held in this case on Friday, July 11, 2008. During the conference, the parties indicated that a judgment in the accompanying state court proceedings is expected to be entered. Accordingly, the court will continue to suspense this matter and will hold another telephone status conference in 30 days. The Clerk is directed to continue to hold this matter in abeyance.

    **DONE AND ORDERED** this  *11th* day of July, 2008

                                    *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge