IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WHITE CONSTRUCTION COMPANY INC,

    Plaintiff,
v.                                                                       CASE NO. 1:04-cv-00072-MP-AK

LEVY COUNTY,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 35, motion to continue. Plaintiff requests that the case management conference currently scheduled for August 15, 2008 at 10:15 a.m. be rescheduled to accommodate co-counsel for Plaintiff's travel schedule. Defendant has no objection. Accordingly, the motion at Doc. 35 is GRANTED, and the clerk is directed to reset the case management conference by separate notice.

**DONE AND ORDERED** this   14th    day of August, 2008

              *s/Maurice M. Paul*

              Maurice M. Paul, Senior District Judge