IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WHITE CONSTRUCTION COMPANY INC,

    Plaintiff,

v.                                                                 CASE NO. 1:04-cv-00072-MP-AK

LEVY COUNTY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 41, Motion to Dismiss by White Construction Company, Inc. In the motion, the Plaintiff requests that this Court enter an Order dismissing all pending federal claims in the case. A telephonic hearing was held on October 3, 2008, during which the defendant indicated that it had no objection. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Motion for Voluntary Dismissal (doc. 41) is granted, all pending federal claims in this case are dismissed, and the Clerk is directed to close the file.

**DONE AND ORDERED** this  *14th*   day of October, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge